IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DR. RICHARD L. THALMAN, d/b/a
THALMAN CHIROPRACTIC &
WELLNESS CENTER, on behalf of
himself and all others similarly situated,

   Plaintiff,

v.

FIRST HOSPITAL LABORATORIES,
INC., d/b/a FSSOLUTIONS, and
JOHN DOES 1-10,

   Defendants.

Case No. 3:21-CV-543-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  This matter having come before the Court, and the Court having rendered a decision,

  **IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 29, 2022 (Doc. 18), this entire action is **DISMISSED without prejudice**.

  DATED: March 29, 2022

               MONICA A. STUMP,
               Clerk of Court

               By: s/ *Deana Brinkley*
                  Deputy Clerk

APPROVED: _____
      **NANCY J. ROSENSTENGEL**
      Chief U.S. District Judge