### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAULA SMITH, Executor for the ESTATE OF DR. RICHARD L. THALMAN, on behalf of Plaintiff and the class members defined herein,**

        **Plaintiff,**

**v.**                                  **Case No. 3:21-CV-543-NJR**

**FIRST HOSPITAL LABORATORIES, INC., d/b/a FSSolutions, and JOHN DOES 1-10,**

        **Defendants.**

### <u>JUDGMENT IN A CIVIL ACTION</u>

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of November 1, 2023 (Doc. 37), reflecting settlement between the parties, and the Stipulation of Dismissal filed on January 2, 2024 (Doc. 38), Plaintiff's individual claims are **DISMISSED with prejudice** and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The claims of the putative class and the claims against John Does 1-10 are **DISMISSED without prejudice** and without costs.

        **DATED:   January 4, 2024**

                                  **MONICA A. STUMP,**
                                  **Clerk of Court**

                                  **By:   s/ Deana Brinkley**
                                        **Deputy Clerk**

**APPROVED:** _____
                **NANCY J. ROSENSTENGEL**
                **Chief U.S. District Judge**